## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARNELL LUCKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 06-CV-397-WDS ) |
| MARVIN F. POWERS, TERRY CALIPER, LAURA QUALLS, MARILYN MELTON, MARY HILL, and WEXFORD HEALTH SOURCES, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Philip M. Frazier.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 30, 2008, judgment is entered in favor of defendants, **MARVIN F. POWERS, TERRY CALIPER, LAURA QUALLS, MARILYN MELTON, MARY HILL and WEXFORD HEALTH SOURCES, INC.,** and against the plaintiff, **DARNELL LUCKETT**.

**DATED** this 30th day of June, 2008.

**NORBERT G. JAWORSKI, CLERK**

**BY:** *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**